IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SGT. ALFREDO ANTONIO CASTRO, M.S., *Plaintiff,* | § | |
| VS. | § | CIVIL ACTION NO. SA-25-CV-01419-FB |
| ENDEAVORS, INC., a Federally Funded Nonprofit Organization; HOUSING NAVIGATOR PATRICIO CRUZ; ENDEAVORS, INC. SUPERVISOR KIMBERLY ANDERSON; and OTHER AGENTS AND EMPLOYEES OF ENDEAVORS INC., *Defendants*. | § | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Before the Court are: (1) the Report and Recommendation of United States Magistrate Judge filed on June 18, 2026 (ECF No. 19); (2) Plaintiff's Objections to the Magistrate Judge's Report and Recommendation filed by the Plaintiff on June 24, 2026 (ECF No. 21); and (3) Defendants' Response in Opposition to Plaintiff's Objections to Magistrate's Report and Recommendation filed by the Defendants on July 8, 2026 (ECF No. 22).

Where no party has objected to a Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review of them. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made."). In such cases, the Court need only review the Report and Recommendation and determine whether they are either clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918 (1989).

On the other hand, any Report or Recommendation to which there are objections requires *de novo* review by the Court. Such a review means that the Court will examine the entire record, and will make an independent assessment of the law. The Court need not, however, conduct a *de novo* review

when the objections are frivolous, conclusive, or general in nature. *Battle v. United States Parole Commission*, 834 F.2d 419, 421 (5th Cir. 1987).

In the Report, United States Magistrate Judge Bemporad recommends that Defendants' Motion to Dismiss (ECF No. 8) be GRANTED, and that Plaintiff's Complaint be DISMISSED WITH PREJUDICE. Plaintiff disagrees with the recommendation and asks the Court to reject it in its entirety and permit the case to proceed to discovery or grant leave to amend. Defendants, in response, maintains that "Plaintiff conflates the notion of state action with receipt of federal funds and administration of a federal grant program or federal government benefit." Response, ECF No. 22 at pages 6-7. Defendants point out that "case law specifically provides otherwise and requires that to support his claims under 42 U.S.C. § 1983 and the Fourteenth Amendment, Plaintiff must make "plausible allegations that the Defendants acted under the color of state law," and here, "Plaintiff's allegations do not implicate state action." *Id.* at page 7. Because Plaintiff failed to do so in his Complaint and in his objections, Defendants ask the Court to adopt the Recommendation to dismiss Plaintiff's Complaint with prejudice, to overrule Plaintiff's objections, and dismiss this case with prejudice.

The Court has reviewed the Plaintiff's Objections and Defendants' Response, and has conducted a de novo review of only those issues properly raised in the objections which are not frivolous, conclusive, or general in nature. The Court finds, after careful consideration of the record and the Report and Recommendation, that the Plaintiff's objections lack merit and are overruled. Therefore, the Court hereby accepts, approves, and adopts the Magistrate Judge's factual findings and legal conclusions contained in the Report and Recommendation (ECF No. 19), and incorporates herein the arguments and authorities presented in Defendants' Response in Opposition to Plaintiff's Objections to Magistrate's Report and Recommendation (ECF No. 22).

Accordingly, IT IS HEREBY ORDERED that the Report and Recommendation of the United States Magistrate Judge filed in this cause on June 18, 2026 (ECF No. 19), is ACCEPTED pursuant to 28 U.S.C. § 636(b)(1) such that Defendants' Motion to Dismiss (ECF No. 8) is GRANTED and all of Plaintiff's claims and this case are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that motions pending, if any, are DENIED AS MOOT, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 15th day of September, 2026.

FRED BIERY
UNITED STATES DISTRICT JUDGE